UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S.A.<br><br>Plaintiff(s),<br><br>v.<br><br>DOROTHY SMITH,<br><br>Defendant(s). | CV-99-12521<br><br>FILED APR 30 2001<br>CLERK, U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br><br>ORDER OF DISMISSAL<br><br>UPON SETTLEMENT OF CASE |

THE COURT having been advised by Counsel for the parties that the above-entitled action has been settled.

IT IS ORDERED that this action is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown within ten (10) days, to reopen this action if settlement is not consummated.

THIS COURT shall retain full jurisdiction over this action and this Order shall not prejudice any party in this action.

Dated: 4/30/01        By: _____
                          CONSUELO B. MARSHALL
                          United States District Judge

**THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).**

CV-85 (7/97)        ORDER OF DISMISSAL UPON SETTLEMENT OF CASE

ENTERED
CLERK, U S DISTRICT COURT
MAY -1 2001
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

Priority  Send ✓
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

✓ Docketed
✓ Copies / NTC Sent
✓ JS-5/JS-6
__ JS-2/JS-3
__ CLSD

